*973 ante, p. 820;
ante, p. 823;
ante, p. 828;
ante, p. 881;
ante, p. 835;
ante, p. 836;
ante, p. 836;
ante, p. 837;

ante,

p. 838;
ante, p. 838;
ante, p. 841;
ante, p. 843;
*974 No. 89-7848.
No. 89-7865.
No. 90-150.
No. 90-216.
No. 90-227.
No. 90-5021.
No. 90-5169.
No. 90-5218.
No. 90-5335.
No. 90-5351.
No. 90-5354.
No. 90-5356.
No. 90-5371.
No. 90-5373.
No. 90-5409.
No. 90-5410.
No. 90-5456.
No. 90-5684.
ante, p. 843;
ante, p. 844;
ante, p. 852;
ante, p. 855;
ante, p. 855;
ante, p. 857;
ante, p. 864;
ante, p. 806;
ante, p. 872;
ante, p. 873;
ante, p. 873;
ante, p. 908;
ante, p. 874;
ante, p. 874;
ante, p. 875;
ante, p. 901;
ante, p. 903; and
ante, p. 906. Petitions for rehearing denied.
Justice Souter took no part in the consideration or decision of these petitions.